February 15, 1909, in favor of defendant upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to whether certain taxes were a lien upon real property conveyed by plaintiff's testator to defendant.

*F. H. Van Vechten* for appellant.

*Ralph Polk Buell* and *George S. Graham* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. WILLARD BARTLETT, J., votes to dismiss appeal.

---

THOMAS T. WILLIAMS, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

*Williams* v. *Interborough Rapid Transit Co.*, 130 App. Div. 898, affirmed.
(Argued April 6, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1909, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Lemuel E. Quigg, Bayard H. Ames, John Montgomery* and *James L. Quackenbush* for appellant.

*Clarence J. Shearn* and *John T. Sturdevant* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.